IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>LORI A. SCHORIES,<br><br>                Defendant. | **8:12CR308**<br><br>**ORDER** |

      IT IS ORDERED that Plaintiff's Motion to Dismiss (Filing 75) is granted, the Petition for Offender Under Supervision (Filing 55) is dismissed without prejudice, and the October 23, 2020, revocation hearing is canceled.

      Dated this 20th day of October, 2020.

                                            BY THE COURT:

                                            *Richard G. Kopf*
                                            Richard G. Kopf
                                            Senior United States District Judge